DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| SOLLOCK, MARK | ) Case No. 09-11655-PHX-SSC |
| ZOLLA, LORRAINE MARIE | ) |
| | ) NOTICE OF TRUSTEE'S INTENT |
| | ) TO ABANDON PROPERTY |
| Debtor(s) | ) |
| | ) |

NOTICE IS GIVEN that <u>DIANE M. MANN</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: 2258 South 88th Drive, Tolleson, Arizona;

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: <u>DIANE M. MANN, 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331</u>
ATTORNEY FOR TRUSTEE:

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

<u>April 9, 2010</u>          /s/_____
 DATE              DIANE M. MANN, Trustee